1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  Howard S. Han (SBN 243406)
4  hhan@donigerlawfirm.com
   **DONIGER / BURROUGHS**
5  603 Rose Avenue
6  Venice, California 90291
7  Telephone: (310) 590-1820

8  Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHOCOLATE USA; *et al*.<br><br>Defendants. | Case No. CV16-0695-FMO (FFMx)<br>*Hon. Fernando M. Olguin Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |

1

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Action is dismissed without prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: __December 2__, 2016        By: _____/s/_____
                                       HON. FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE